| | |
|---|---|
| 1 | JULIAN BACH, ESQ., STATE BAR NO. 162421<br>LAW OFFICE OF JULIAN BACH |
| 2 | 7911 Warner Avenue<br>Huntington Beach, California 92647 |
| 3 | Telephone: (714) 848-5085<br>Facsimile: (714) 596-6331 |
| 4 | |
| 5 | Attorney for Debtor-In-Possession,<br>PSG MORTGAGE LENDING CORP., a Delaware Corporation |
| 6 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re ) Case No. 21-30592-DM
)
PSG MORTGAGE LENDING CORP., a Delaware ) Chapter 11
Corporation, )
) **CERTIFICATE OF SERVICE**
Debtor and Debtor-In-Possession. )
) Date: April 1, 2022
) Time: 10:30 a.m.
) Place: VIA ZOOM/AT&T TELE
) Courtroom 17
) U.S. Bankruptcy Court
) 450 Golden Gate Avenue
) San Francisco, CA 94102

1

**PROOF OF SERVICE BY MAIL, EMAIL AND/OR ECF**

I, JULIAN BACH, declare and state as follows:

1. I am a resident of Orange County, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 7911 Warner Avenue, Huntington Beach, California 92647.

2. On March 9, 2022, I served the within **(a) NOTICE OF HEARING ON AMENDED MOTION TO SELL REAL PROPERTY, (b) AMENDED MOTION TO SELL REAL PROPERTY AND TO: (1) SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS; AND (2) PAY REAL ESTATE COMMISSION, DEED OF TRUST AND STANDARD CLOSING COSTS OUT OF ESCROW, © DECLARATION OF PHILIP FUSCO IN SUPPORT OF AMENDED MOTION TO SELL REAL PROPERTY AND TO: (1) SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS; AND (2) PAY REAL ESTATE COMMISSION, DEED OF TRUST AND STANDARD CLOSING COSTS OUT OF ESCROW, and (d) DECLARATION OF MARK ALLAN LEVINSON, COMPASS, IN SUPPORT OF AMENDED MOTION TO SELL REAL PROPERTY LOCATED AT 224 SEA CLIFF AVENUE, SAN FRANCISCO, CALIFORNIA** on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with the postage pre-paid in the United States Mail at Huntington Beach, California, addressed as follows:

SEE ATTACHED SERVICE LIST

Further, I hereby certify that on March 9, 2022, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/EMC users. I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2022, at Huntington Beach, California.

_____

2

ECF SERVICE LIST

| | |
|---|---|
| Trevor Ross Fehr | trevor.fehr@usdoj.gov |
| Reno F.R. Fernandez | reno@macfern.com |

EMAIL SERVICE LIST

| | |
|---|---|
| Paul Greenfield | Paulgnet@gmail.com |

SERVICE LIST BY U.S. MAIL

Luke Brugnara c/o
Law Offices of Robert Kane
870 Market Street, Suite # 1128
San Francisco, California 94102

Kay Brugnara, Luke Brugnara II,
Vincent Brugnara c/o
Luke Brugnara c/o
Law Offices of Robert Kane
870 Market Street, Suite # 1128
San Francisco, California 94102

Yitong Tso Wen
FITSKIM LLC
1042 Washington Street
San Francisco, CA 94108

Rong Chun
229 Village Way
South San Francisco, CA 94080

Chapter 7 Trustee for the Bankruptcy Estate of
Brugnara Properties IV
Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461

(Wells Fargo Bank)
Edward A. Treder
Barrett Daffin Frappier Treder and Weiss
20955 Pathfinder Rd. #300
Diamond Bar, CA 91765

Palms LLC
Attn Stella Ohayon
800 S B Street 1st Floor
San Mateo, CA 94401

PSG Capital Partners, Inc.
Doris Aprile, Registered Agent
16441 Scientific Way Ste 250
Irvine, CA 92618

San Francisco Department of Public Health/
Public Utilities Commission
1390 Market Street, Ste 210
San Francisco, California 94102

4

1. County of San Francisco
   Office of Treasurer and Tax Co
2. 1 Dr Carlton B Goodlett Pl
   San Francisco, CA 94102
3.
   Wells Fargo Bank N A
4. Default Document Processing
   N9286-01Y
5. 1000 Blue Gentian Rd
   Eagan, MN 55121-7700
6.
   Wells Fargo Home Mortgage
7. PO Box 60505
   City of Industry, CA 91716