In re:  
PSG Mortgage Lending Corp., a Delaware C  
    Debtor

Case No. 21-30592-DM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 2  
Date Rcvd: Mar 12, 2022      Form ID: pdfeoc      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PSG Mortgage Lending Corp., a Delaware Corporation, 16441 Scientific Ste 250, Irvine, CA 92618-4370 |
| br | + | Bryant McOmber, Compass, 1699 Van Ness Ave., San Francisco, CA 94109-3608 |
| cr | + | Dakota Note, LLC, c/o Macdonald Fernandez LLP, Attn: Reno F.R. Fernandez III, 221 Sansome Street, Third Floor San Francisco, CA 94104-2323 |
| intp | + | Luke Brugnara, c/o Law Offices Robert Kane, 870 Market St. #1128, San Francisco, CA 94102-2906 |
| cr | + | Paul Greenfield, 2597 Flagstone Dr., San Jose, CA 95132-2611 |
| intp | + | Rong Chun, 229 Village Way, South San Francisco, CA 94080-4736 |
| intp | + | Yitong Tso Wen, 1042 Washington Street, San Francisco, CA 94108-1147 |
| 15330679 | ++ | 5 PALMS LLC, 3354 CASA GRANDE DRIVE, SAN RAMON CA 94583-3006 address filed with court:, 5 Palms LLC, 3354 Casa Grande Drive, San Ramon,CA 94583 |
| 15330680 | + | 5 Palms LLC, Attn Stella Ohayon, 800 S B Street 1st Floor, San Mateo,CA 94401-4271 |
| 15330681 | + | County of San Francisco, Office of Treasurer and Tax Co, 1 Dr Carlton B Goodlett Pl, San Francisco,CA 94102-4603 |
| 15334139 | | Dakota Note LLC, 119 East Center Street Ste 567, Madison, SD 57042-2908 |
| 15334140 | | Greenfield/NSSMPP, 2597 Flagstone Dr, San Jose, CA 95132-2611 |
| 15339262 | + | PSG Capital Partners, Inc., 16411 Scientific Way, Suite 250, Irvine, CA 92618-4358 |
| 15330683 | #+ | Wells Fargo Bank N A, Default Document Processing, N9286-01Y, 1000 Blue Gentian Rd, Eagan,MN 55121-1663 |
| 15330684 | + | Wells Fargo Home Mortgage, PO Box 60505, City of Industry,CA 91716-0505 |
| 15339306 | + | Wells Fargo Home Mtg, PO Box 60505, City of Industry, CA 91716-0505 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15330679 | Email/Text: info@5palms.co | Mar 12 2022 10:38:00 | 5 Palms LLC, 3354 Casa Grande Drive, San Ramon,CA 94583 |
| 15330682 | Email/Text: ada@77westgroup.com | Mar 12 2022 10:38:00 | Dakota Note LLC, Silicon Valley Funding Group, 110 East Center St Ste 567, Madison,SD 57042-2908 |
| 15337498 | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 12 2022 10:38:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento CA 95812-2952 |
| 15337570 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 12 2022 10:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Not Assigned - SF |

District/off: 0971-3 User: admin Page 2 of 2
Date Rcvd: Mar 12, 2022 Form ID: pdfeoc Total Noticed: 19
TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Julian K. Bach | on behalf of Debtor PSG Mortgage Lending Corp. a Delaware Corporation Julian@JBachlaw.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Reno F.R. Fernandez | on behalf of Creditor Dakota Note LLC 2382885420@filings.docketbird.com, ecf@macfern.com |
| Trevor Ross Fehr | on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov |

TOTAL: 4

**Entered on Docket
March 11, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: March 11, 2022**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 21-30592-DM |
| PSG MORTGAGE LENDING CORP., A | ) |
| DELAWARE CORPORATION, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**NOTICE OF CONTINUANCE OF HEARING**

NOTICE IS HEREBY GIVEN that the hearing on the *United States Trustee's Motion, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert or Dismiss Case* (Dkt 61) is being continued from March 18, 2022 to April 1, 2022, at 10:30 AM.

***END OF NOTICE***

COURT SERVICE LIST

All Creditors

-2-