TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
TREVOR R. FEHR (SBN 316699)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: Trevor.Fehr@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PSG Mortgage Lending Corp.,<br>a Delaware Corporation,<br><br>Debtor. | Case No. 21-30592 DM<br><br>Chapter 11<br><br>Date: April 22, 2022<br>Time: 10:30 a.m.<br>Place: Video/Teleconference<br><br>Judge: Hon. Dennis Montali |

### NOTICE OF CONTINUED HEARING ON THE MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that the continued hearing set for April 1, 2022 is continued to **April 22, 2022 at 10:30 a.m.** before the **Honorable Dennis Montali** by teleconference or video conference, on the Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert or Dismiss Chapter 11 Case ("Motion") (ECF No. 61).

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **April 22, 2022 at 10:30 am.** (Pacific Time) (the "Hearing") before the **Honorable Dennis Montali**, United States Bankruptcy Judge by telephone or video. Pursuant to Bankruptcy Court's Seventh Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency, dated June 22, 2021: All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any

questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The Motion is based upon the notice of hearing, the Motion of the United States Trustee, memorandum of points and authorities, the pleadings, the order, and other documents on file in this case, including the Court's Order (ECF No. 64) granting the U.S. Trustee's motion to shorten time (ECF No. 62) and upon such evidence as may be presented to the Court at the hearing on the Motion.

You may obtain a copy of the Motion, the memorandum in support, and accompanying declarations from the Court's docket on the PACER system or by contacting the undersigned.

Dated: March 31, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TRACY HOPE DAVIS
　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　By: /s/ Trevor R. Fehr
　　　　　　　　　　　　　　　　　　Trevor R. Fehr
　　　　　　　　　　　　　　　　　　Trial Attorney for the United States Trustee