JULIAN BACH, ESQ., STATE BAR NO. 162421
LAW OFFICE OF JULIAN BACH
7911 Warner Avenue
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 596-6331

Attorney for Debtor-In-Possession,
PSG MORTGAGE LENDING CORP., a Delaware Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PSG MORTGAGE LENDING CORP., a Delaware Corporation,

    Debtor and Debtor-In-Possession.

Case No. 21-30592-DM

Chapter 11

**EXHIBIT D (RESUBMITTED) IN RE: DECLARATION OF PHILIP FUSCO IN SUPPORT OF <u>AMENDED</u> MOTION TO SELL REAL PROPERTY AND TO: (1) SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS; AND (2) PAY REAL ESTATE COMMISSION, DEED OF TRUST AND STANDARD CLOSING COSTS OUT OF ESCROW**

Date: April 22, 2022
Time: 10:30 a.m.
Place: VIA ZOOM/AT&T TELE
Courtroom 17
U.S. Bankruptcy Court
450 Golden Gate Avenue
San Francisco, CA 94102

    COMES NOW Debtor PSG MORTGAGE LENDING CORP., a Delaware Corporation (the "Debtor"), which re-submits a full copy of Exhibit D attached to the "DECLARATION OF PHILIP FUSCO IN SUPPORT OF <u>AMENDED</u> MOTION TO SELL REAL PROPERTY AND TO: (1) SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS; AND (2) PAY REAL ESTATE COMMISSION, DEED OF TRUST AND STANDARD CLOSING COSTS OUT OF ESCROW" filed with this Court on March 9, 2022

1

(Doc # 119), the first page of which was inadvertently omitted from the original filing.

Dated: March 31, 2022

Respectfully submitted,
LAW OFFICE OF JULIAN BACH

By: _____
JULIAN BACH, ESQ.
Attorney for Debtor
PSG MORTGAGE LENDING CORP., a Delaware Corporation

**EXHIBIT D**

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
RESIDENTIAL DIVISION

RECORDING REQUESTED BY:

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

PSG Capital Partners, Inc.
16441 Scientific Way, Suite 250
Irvine, CA 92618



**City and County of San Francisco**
**Joaquín Torres, Assessor-Recorder**

| Doc # 2021136349 | | Fees | $17.00 |
| --- | --- | --- | --- |
| 8/25/2021 | 1:34:07 PM | Taxes | $0.00 |
| DS | Electronic | Other | $0.00 |
| Pages 2 | Title 001 | SB2 Fees | $75.00 |
| Customer | 9013 | Paid | $92.00 |

Order No.:
Escrow No.:
APN: 1307-001S    Lot 001S Block 1307

Undersigned Grantor Declares:
The grantors and grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property, R&T 11925(d)

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## CORPORATION GRANT DEED

DOCUMENTARY TRANSFER TAX IS $0.00 Exempt
\_\_\_\_ Computed on full value of property conveyed, or
\_\_\_\_ Computed on full value less liens and encumbrances remaining at time of sale.
\_\_\_\_ Unincorporated area   _X_ City of San Francisco, CA

For valuable consideration, receipt of which is hereby acknowledged, PSG Capital Partners, Inc.

a corporation organized under the laws of the State of California hereby GRANTS to PSG Mortgage Lending Corp, a Delaware Corporation

the real property situated in the County of San Francisco, State of California, more particularly described as follows:
Property address known as: 224 Seacliff Ave., San Francisco

See Exhibit "A" attached hereto and made a part hereof

Dated: 08/20/2021                                                      PSG CAPITAL PARTNERS, INC.

THIS INSTRUMENT FILED FOR RECORD BY
FIRST AMERICAN TITLE INSURANCE CO.
AS AN ACCOMMODATION ONLY. IT HAS NOT
BEEN EXAMINED AS TO ITS EXECUTION OR
AS TO ITS EFFECT UPON THE TITLE

By _____
        Philip Fusco
Its     CEO

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA                )
COUNTY OF Orange                   ) SS.
                                    )
On August 20, 2021 before me, Alicia Yong, Notary Public, personally appeared Philip Fusco,
who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____

MAIL TAX STATEMENTS AS DIRECTED ABOVE

ALICIA YONG
Commission No. 2284568
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires MAY 3, 2023

Case: 21-30592    Doc# 127    Filed: 03/31/22    Entered: 03/31/22 12:26:35    Page 4 of 5

# EXHIBIT A
## LEGAL DESCRIPTION

The land referred to herein below is situated in the County of SAN FRANCISCO, State of CALIFORNIA, and is described as follows:

BEGINNING AT A POINT ON THE NORTHERLY LINE OF SEA CLIFF AVENUE, DISTANT THEREON 74.302 FEEL WESTERLY FROM THE SOUTHWESTERLY CORNER OF LOT NO. 76 OF SUBDIVISION NO. 1 OF SEA CLIFF, IN THE CITY OF SAN FRANCISCO ,COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF RECORDED APRIL 1, 1913, IN BOOK "G" OF MAPS, PAGES 98 AND 99, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA; RUNNING THENCE WESTERLY ALONG THE SAID LINE OF SEA CLIFF AVENUE 54.493 FEET; THENCE NORTH 3° 23' WEST 132.071 FEET; THENCE NORTH 88° EAST 29.011 FEET; THENCE NORTH 4° 30' 29" EAST 42.240 FEET TO A LINE ORDINARY HIGH TIDE OF THE WATERS OF THE PACIFIC OCEAN; THENCE NORTH 64° 48' 40" EAST ALONG SAID LINE OF ORDINARY HIGH TIDE 21.122 FEET; THENCE SOUTH 3° 23' EAST 178.127 FEET TO THE POINT OF BEGINNING.

Assessor's Parcel Number: **1307-001S**