```
 1  JULIAN BACH, ESQ., STATE BAR NO. 162421
    LAW OFFICE OF JULIAN BACH
 2  7911 Warner Avenue
    Huntington Beach, California 92647
 3  Telephone: (714) 848-5085
    Facsimile: (714) 596-6331
 4
    Attorney for Debtor-In-Possession,
 5  PSG MORTGAGE LENDING CORP., a Delaware
    Corporation
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 21-30592-DM |
| PSG MORTGAGE LENDING CORP., a Delaware Corporation, | Chapter 11 |
| Debtor and Debtor-In-Possession. | **SUPPLEMENTAL DECLARATION OF PHILIP FUSCO IN SUPPORT OF AMENDED MOTION TO SELL REAL PROPERTY** |
| | Date: April 22, 2022<br>Time: 10:30 a.m.<br>Place: VIA ZOOM/AT&T TELE<br>Courtroom 17<br>U.S. Bankruptcy Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

1

## DECLARATION OF PHILIP FUSCO

I, Philip Fusco, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein. I make this supplemental Declaration in Support of Debtor PSG Mortgage Lending Corp.'s (the "Debtor") <u>Amended</u> Motion To Sell Real Property and To: (1) Sell Real Property Free and Clear of Liens and Interests; and (2) Pay Real Estate Commission, Deed of Trust and Standard Closing Costs Out of Escrow.

2. I am the CEO of the Debtor and am authorized to make this declaration on its behalf. In such capacity, I have custody and control of the business records of the Debtor. I am familiar with the manner in which those records are compiled. The records of the Debtor are made in the ordinary course of business by persons who have a business duty to the Debtor to make such records. The records were made at or near the time of the occurrence of the event or events of which they are of record. I have personally reviewed the Debtor's records as they relate to this matter, and, as a result, I am qualified to testify to the facts herein.

3. The proposed Buyer of the real property located at 224 Sea Cliff Avenue, San Francisco, CA (the "Sea Cliff Avenue Property") is not an insider of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code. Neither myself nor anyone affiliated with the Debtor has any relation to the Buyer nor anyone affiliated with the Buyer and did not know of the Buyer until the involvement in this case after marketing by the Estate's Broker. The proposed sale represents an arms-length transaction between the parties, made without fraud, collusion, and no attempt has been made by either party to take any unfair advantage of the other.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __31st__ day of March, 2022, at Irvine, California.

_____
Philip Fusco, Declarant

2