1   JULIAN BACH, ESQ., STATE BAR NO. 162421
    LAW OFFICE OF JULIAN BACH
2   7911 Warner Avenue
    Huntington Beach, California 92647
3   Telephone: (714) 848-5085
    Facsimile: (714) 596-6331
4
    Attorney for Debtor-In-Possession,
5   PSG MORTGAGE LENDING CORP., a Delaware
    Corporation
6

7                 UNITED STATES BANKRUPTCY COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ) | Case No. 21-30592-DM |
| ) | |
| PSG MORTGAGE LENDING CORP., a Delaware ) | Chapter 11 |
| Corporation, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtor and Debtor-In-Possession. ) | |
| ) | Date:     April 22, 2022 |
| ) | Time:    10:30 a.m. |
| ) | Place:   VIA ZOOM/AT&T TELE |
| ) |          Courtroom 17 |
| ) |          U.S. Bankruptcy Court |
| ) |          450 Golden Gate Avenue |
| _____ ) |          San Francisco, CA 94102 |

1

PROOF OF SERVICE BY MAIL, EMAIL AND/OR ECF

1

I, JULIAN BACH, declare and state as follows:

2

1. I am a resident of Orange County, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 7911 Warner Avenue, Huntington Beach, California 92647.

2. On <u>March 31, 2022</u>, I served the within **SUPPLEMENTAL DECLARATION OF PHILIP FUSCO IN SUPPORT OF AMENDED MOTION TO SELL REAL PROPERTY** on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with the postage pre-paid in the United States Mail at Huntington Beach, California, addressed as follows:

SEE ATTACHED SERVICE LIST

Further, I hereby certify that on March 31, 2022, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/EMC users. I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 31, 2022</u>, at Huntington Beach, California.

| 1 | | ECF SERVICE LIST |
|---|---|---|
| 2 | Trevor Ross Fehr | trevor.fehr@usdoj.gov |
| 3 | Reno F.R. Fernandez | reno@macfern.com |
| 4 | | |
| 5 | | EMAIL SERVICE LIST |
| 6 | Paul Greenfield | Paulgnet@gmail.com |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

| | |
|---|---|
| 1 | SERVICE LIST BY U.S. MAIL |
| 2 | |
| 3 | Luke Brugnara c/o<br>Law Offices of Robert Kane |
| 4 | 870 Market Street, Suite # 1128<br>San Francisco, California 94102 |
| 5 | Kay Brugnara, Luke Brugnara II,<br>Vincent Brugnara c/o |
| 6 | Luke Brugnara c/o<br>Law Offices of Robert Kane |
| 7 | 870 Market Street, Suite # 1128<br>San Francisco, California 94102 |
| 8 | |
| 9 | Yitong Tso Wen<br>FITSKIM LLC |
| | 1042 Washington Street |
| 10 | San Francisco, CA 94108 |
| 11 | Rong Chun<br>229 Village Way |
| 12 | South San Francisco, CA 94080 |
| 13 | Chapter 7 Trustee for the Bankruptcy Estate of<br>Brugnara Properties IV |
| 14 | Janina M. Hoskins<br>P.O. Box 158 |
| 15 | Middletown, CA 95461 |
| 16 | (Wells Fargo Bank)<br>Edward A. Treder |
| 17 | Barrett Daffin Frappier Treder and Weiss<br>20955 Pathfinder Rd. #300 |
| 18 | Diamond Bar, CA 91765 |
| 19 | Palms LLC<br>Attn Stella Ohayon |
| 20 | 800 S B Street 1st Floor<br>San Mateo, CA 94401 |
| 21 | |
| 22 | PSG Capital Partners, Inc.<br>Doris Aprile, Registered Agent |
| | 16441 Scientific Way Ste 250 |
| 23 | Irvine, CA 92618 |
| 24 | San Francisco Department of Public Health/<br>Public Utilities Commission |
| 25 | 1390 Market Street, Ste 210<br>San Francisco, California 94102 |
| 26 | |
| 27 | |
| 28 | 4 |

1    County of San Francisco
     Office of Treasurer and Tax Co
2    1 Dr Carlton B Goodlett Pl
     San Francisco, CA 94102
3
     Wells Fargo Bank N A
4    Default Document Processing
     N9286-01Y
5    1000 Blue Gentian Rd
     Eagan, MN 55121-7700
6
     Wells Fargo Home Mortgage
7    PO Box 60505
     City of Industry, CA 91716
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    5